JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYSCOM (USA), INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>NAKAJIMA USA, INC., a California corporation, *et al.*,<br><br>Defendants. | Case No. 2:14-cv-07137-AB-JPR<br>Chapter 7<br><br>**[PROPOSED] JUDGMENT** |

- 1 -
JUDGMENT

Pursuant to the Order Confirming Final Arbitration Award entered on July 23, 2019 (Dkt. 137) and the Findings of Fact and Conclusions of Law entered on February 4, 2020 (Dkt. 148),

THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

1. The Final Arbitration Award in favor of Plaintiff Syscom (USA) Inc., a California corporation ("Plaintiff") and against Defendants Nakajima USA, Inc., a California corporation, Neko World, Inc., a California corporation, and Torrance Trading, Inc., a California corporation (collectively, the "Corporate Defendants") is confirmed.

2. Judgment is entered in favor of Plaintiff and against the Corporate Defendants, jointly and severally, in the amount of

   (A) US$615,894.05 in damages;
   (B) US$405,581.27 in attorney's fees;
   (C) US$207,248.11 in interest through May 16, 2018; and
   (D) US$40,034.38 for ICDR fees and the arbitrator's compensation and expenses,

for a total award of $1,268,757.81 inclusive of interest through May 16, 2018, plus interest of US$4,619.20 per month thereafter until entry of judgment.

3. Plaintiff is the "prevailing party" against the Corporate Defendants for purpose of recovery of attorney's fees and costs, to the extent allowed and separately awarded.

4. Judgment is entered in favor of Defendant Shinji Nakajima ("Mr. Nakajima") and against Plaintiff.

5. Plaintiff shall recover nothing from Mr. Nakajima.

6. Mr. Nakajima is the "prevailing party" against Plaintiff for purpose of recovery of attorney's fees and costs, to the extent allowed and separately awarded.

DATE: February 28, 2020  _____
The Hon. André Birotte Jr.
United States District Court Judge